**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6258

LAMAR CANNADY,

       Plaintiff - Appellant,

    v.

TIMOTHY WRIGHT; CALEB EDWARDS; SBI SPECIAL AGENT LEON; POLK COUNTY DETENTION OFFICER CASE; DISTRICT ATTORNEY BETH; UNNAMED MEDICAL STAFF OF COUNTY JAIL; CORPORAL SILVA; CORRECTIONAL OFFICER BYRD; CORRECTIONAL OFFICER DRYMER,

       Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Martin K. Reidinger, Chief District Judge. (1:22-cv-00163-MR)

Submitted: July 20, 2023                   Decided: July 25, 2023

Before NIEMEYER and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lamar Cannady, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lamar Cannady appeals the district court's order denying relief on his amended 42 U.S.C. § 1983 complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Cannady v. Polk Cnty. Jail*, No. 1:22-cv-00163-MR (W.D.N.C. Mar. 7, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*